**Cornelius TUCKER, Jr., Petitioner–Appellant,**

v.

**George CURRIE, Superintendent, Respondent–Appellee.**

No. 01–7849.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Cornelius Tucker, Jr., Appellant Pro Se.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Cornelius Tucker, Jr., appeals the district court's order dismissing his habeas petition under 28 U.S.C. § 2254 (West Supp. 2001), pursuant to a valid pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Tucker v. Currie,* No. CA–01–796–5–BO (E.D.N.C. Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*